# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-828
_____

MARJORIE GUERRERO d/b/a D&M
Management Group,

    Appellant,

    v.

PAUL MOISE d/b/a Assistax, Inc.,
d/b/a Ameritax Mediation
Group, Inc., d/b/a Asset
Managing Group, Inc.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

June 27, 2018

PER CURIAM.

    AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Iryna Kharlap of Finnell, McGuinness, Nezami & Andux PA, Jacksonville, for Appellant.

Makisha Lester of The Lester Law Firm, LLC, Jacksonville, for Appellee.